**Deborah Lee WAUGH, Respondent,**

v.

**Randy Eugene WAUGH, Appellant.**

**No. ED 83192.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 7, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 14, 2004.

Application for Transfer Denied
Nov. 23, 2004.

Lawrence G. Gillespie, Clayton, MO, for
appellant.

Loyd R. Brinkman Jr., Arnold, MO, for
respondent.

Before LAWRENCE E. MOONEY,
P.J., LAWRENCE G. CRAHAN, J., and
MARY K. HOFF, J.

#### ORDER

PER CURIAM.

Randy Eugene Waugh ("Husband") ap-
peals the judgment dissolving his marriage
to Deborah Lee Waugh ("Wife"). In his
sole point on appeal, Husband challenges
the limited visitation rights he was award-
ed in the decree.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).